THE STATE EX REL. LARSON, APPELLANT, *v.* CLEVELAND
PUBLIC SAFETY DIRECTOR, APPELLEE.

[Cite as *State ex rel. Larson v. Cleveland Pub.
Safety Director* (1996), 74 Ohio St.3d 464.]

(No. 95–1745—Submitted November 7, 1995—Decided February 7, 1996.)

*Terry Larson, pro se.*

*Traci M. Hixson*, Assistant Director of Law, for appellee.

*Per Curiam.* We affirm the decision of the court of appeals on authority of *State ex rel. Steckman v. Jackson* (1994), 70 Ohio St.3d 420, 639 N.E.2d 83, paragraph six of the syllabus, which states: "A defendant in a criminal case who has exhausted the direct appeals of her or his conviction may not avail herself or himself of R.C. 149.43 to support a petition for postconviction relief. (*State ex rel. Clark v. Toledo* [1990], 54 Ohio St.3d 55, 560 N.E.2d 1313, and its progeny, overruled.)"

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.